MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1231 E. Dyer Road, Suite 100
Santa Ana, CA  92705
714-481-8355; 714-481-9152 Facsimile
tcrosby@mileslegal.com

JS-6

Attorneys for Plaintiff THE BANK OF NEW YORK
AS TRUSTEE FOR THE CERTIFICATEHOLDERS
CWALT, INC. ALTERNATIVE LOAN TRUST 2006-33CB,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-33CB

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2006-33CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-33CB<br><br>　　　　　　Plaintiff(s),<br>　　v.<br><br>JOEL M. MIRANDA and DOES I through X, Inclusive,<br><br>　　　　　　Defendants. | Case No.:   10-cv-00089-R-OPx<br><br>**ORDER ON MOTION FOR ORDER REMANDING CASE TO STATE COURT, FILED BY PLAINTIFF BANK OF NEW YORK**<br><br>(28 U.S.C. §§ 1441(a), 1446(b), 1447(c)<br><br>(Federal Rule of Civil Procedure 7.1; Local Rule 7.1-1)<br><br>Assigned: Hon. Manuel L. Real, Courtroom 8 |

　　　This matter having come before the Court upon the motion of Plaintiff THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2006-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-33CB (hereinafter, "BONY") for an Order remanding this matter to state court, and good cause therefore having been shown,

　　　NOW, THEREFORE, it is ordered that this matter be remanded to the Riverside County Superior Court, Case No. RIU014742, entitled *THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2006-33CB MORTGAGE*

*PASS-THROUGH CERTIFICATES, SERIES 2006-33CB v. JOEL M. MIRANDA and DOES I through X, Inclusive* on the grounds that this court lacks subject matter jurisdiction over this matter, as the case could not have been filed originally in Federal court (i.e., on diversity or Federal question grounds) for the following reasons:

    1.  Diversity jurisdiction does not exist because the matter in controversy does not exceed $75,000, exclusive of interest and costs, and the parties are not diverse.  The Complaint contains a single claim for possession of residential real property under California Code of Civil Procedure § 1161a.  BONY admits that the maximum damages that could be awarded on this claim do not exceed $75,000;

    2.  Federal subject matter jurisdiction does not exist because the Unlawful Detainer Complaint does not present a claim or right arising under the Constitution, treaties, or laws of the United States.  The Complaint contains a single claim for possession of residential real property under California Code of Civil Procedure § 1161a.  This claim is grounded solely in the statutes of the State of California.

    This Court further orders that this case be remanded on the basis that the removal was filed untimely and in violation of 28 U.S.C. § 1446(b), in that it was not filed within 30 days after receipt by the defendant of a copy of the initial pleading which defendant is seeking to remove to this Court.

Dated: __March 17, 2010__　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Manuel L. Real
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court, Judge

PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1231 E. Dyer Road, Suite 100; Santa Ana, CA 92705.

On March 17, 2010, I served a copy of the following document(s):

**[PROPOSED] ORDER ON MOTION FOR ORDER REMANDING CASE TO STATE COURT, FILED BY PLAINTIFF BANK OF NEW YORK**

on the interested parties in this action:

 X    **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Santa Ana, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

| | |
|---|---|
| Joel M. Miranda | Joel M. Miranda |
| 7171 Jurupa Road | 7171 Jurupa Road Rear Left |
| Riverside, CA 92509 | Riverside, CA 92509 |
| 951-685-2533 | 951-685-2533 |
| (Defendant, pro se) | (Defendant, pro se – Alternate Address) |

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 17, 2010, at Santa Ana, California.

_____
Amber Perry